# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Federal Deposit Insurance Corporation as Receiver for AmTrust Bank,<br><br>    Plaintiff,<br><br>v.<br><br>Ark-La-Tex Financial Services, LLC d/b/a Benchmark Mortgage<br><br>    Defendant. | Case No. 15-cv-2470<br><br>Honorable Patricia A. Gaughan |

## ORDER

This matter is before the Court after a request by Defendant Ark-La-Tex Financial Services, LLC d/b/a Benchmark Mortgage ("Benchmark") for a certain Consent Agreement, and upon the stipulation of Benchmark and Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank ("FDIC-R").

Having reviewed the same, and based upon all files, pleadings and documents of record, **IT IS ORDERED** that:

(a)     FDIC-R will produce a redacted version of the requested Consent Agreement under the provisions of the existing Protective Order in this case (Document No. 15), and the document will be deemed "Confidential Material" pursuant to paragraph 2 of the Protective Order.

                                  **SO ORDERED**
                                  **BY THE COURT:**

Dated: 3/15/17                           /s/ Patricia A. Gaughan
                                            Honorable Patricia A. Gaughan
                                            District Judge, United States District Court